**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | Case Number CR 12-0030-7 EMC |
| v. | |
| <u>FORTUNATO RODELO-LARA         </u>, Defendant. | <u>ORDER OF DETENTION</u> <u>PENDING TRIAL</u> |

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), the Court held a detention hearing on April 2, 2012. Defendant was present, represented by his attorney Geoffrey Glenn.  The United States was represented by AUSA Waqar Hasib. Rodelo-Lara is charged in two counts (1 and 7) of the Indictment with violations of 21 U.S.C. §§ 841 and 846 for conspiracy to distribute and possession with intent to distribute cocaine.  Those charges create a rebuttable presumption of detention and also a statutory mandatory minimum prison sentence upon conviction.

**PART I. PRESUMPTIONS APPLICABLE**

/ / The defendant is charged with an offense described in 18 U.S.C. § 3142(f)(1) and the defendant has been convicted of a prior offense described in 18 U.S.C. § 3142(f)(1) while on release pending trial for a federal, state or local offense, and a period of not more than five (5) years has elapsed since the date of conviction or the release of the person from imprisonment, whichever is later.

This establishes a rebuttable presumption that no condition or combination of conditions will reasonably assure the safety of any other person and the community.

/ X / There is probable cause based upon the indictment to believe that the defendant has committed an offense

A.  X    for which a maximum term of imprisonment of 10 years or more is prescribed in 21 U.S.C. § 801 et seq., § 951 et seq., or § 955a et seq., OR
B.  ___  under 18 U.S.C. § 924(c): use of a firearm during the commission of a felony.

This establishes a rebuttable presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

/ / No presumption applies.

**PART II. REBUTTAL OF PRESUMPTIONS, IF APPLICABLE**

/ X / The defendant has not come forward with sufficient evidence to rebut the applicable presumption, and he therefore will be ordered detained.

/ / The defendant has come forward with evidence to rebut the applicable presumption[s] to wit:  .
Thus, the burden of proof shifts back to the United States.

**PART III. PROOF (WHERE PRESUMPTIONS REBUTTED OR INAPPLICABLE)** N/A

**PART IV. WRITTEN FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

/ X / The Court has taken into account the factors set out in 18 U.S.C. § 3142(g) and all of the information submitted at the hearing and finds as follows: The Court adopts the facts set forth in the Pretrial Services Report and Addendum.  The following factors establish by more than a preponderance of the evidence that the defendant presents a risk of non-appearance and that no condition or combinations of conditions can reasonably mitigate that risk: defendant is a national of Mexico and an immigration detainer has been filed against his release; he has extensive family ties to Mexico; he has an inconsistent employment record; and reported drug use.  Mitigating the risks are family ties to this District, stable residence, and multiple sureties proposed by defendant.

///

**PART V. DIRECTIONS REGARDING DETENTION**

      The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate to the extent practicable from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on the request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

Dated:   April 5, 2012

                                                  NATHANAEL COUSINS  
                                                  United States Magistrate Judge