MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

S. WAQAR HASIB (CABN 234818)
ALEXANDRA P. SUMMER (CABN 266485)
Assistant United States Attorneys
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-6982
    waqar.hasib@usdoj.gov
    alexandra.summer@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR 12-00030 EMC |
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER CONTINUING MOTIONS DATES AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| v. | ) |
| ANTONIO JOSE DIAZ-RIVERA, a/k/a Jose Angel MONROY, a/k/a Magico, a/k/a Miguel, et. al, | ) |
| Defendants. | ) |

At the last hearing in this matter on June 19, 2013, the Court set motions dates. The Court set a motions filing deadline of August 30, 2013; an opposition deadline of September 13, 2013; a reply deadline of September 20, 2013; and a motion hearing date of October 9, 2013, at 2:30 p.m. Since the June 19, 2013 hearing, the parties have been negotiating a global resolution of this matter. The government has recently produced several reports describing recent witness interviews that are relevant to those discussions. As such, the parties have agreed to stipulate to and request an extension of time to file motions, accompanied by an exclusion of time under the Speedy Trial Act, so that the parties may

STIPULATION AND [PROPOSED] ORDER

1  continue to negotiate and the defense will have a better opportunity to decide how to proceed given the
2  newly produced reports.  The parties agree that this extension of time will conserve Court resources and
3  is in the interests of justice.

4        The following revised schedule for motions is proposed by the parties: Motions to be due by
5  September 27, 2013.  Oppositions due by October 11, 2013.  Replies due by October 18, 2013.  A
6  motions hearing on October 30, 2013, at 2:30 p.m.

7        All time has been excluded thus far as to all defendants, for purposes of the Speedy Trial Act.  18
8  U.S.C. § 3161.  This Court has previously found that this case is unusual and complex, in that it is a
9  multi-defendant case involving several wiretaps and drug seizures in several other districts.  The parties
10 submit that for purposes of the Speedy Trial Act, time should be excluded from and including August
11 28, 2013, through and including September 27, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii).
12 The parties also jointly submit that time should be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and
13 (B)(iv) to allow for continuity of counsel and effective preparation.  The parties agree that the additional
14 time is appropriate and necessary under Title 18, United States Code, § 3161(h)(7)(A), because the
15 needs of justice served by the continuance outweigh the best interest of the public and the defendants in
16 a speedy trial.  This time exclusion will allow counsel for the defendants and the government effectively
17 to prepare, taking into account the exercise of due diligence.

19 DATED: August 28, 2013                    Respectfully submitted,

20                                            MELINDA HAAG
                                              United States Attorney

22                                            ___/s/_____
                                              ALEXA SUMMER
23                                            Assistant United States Attorney

25                                            ___/s/_____
                                              MARTIN SABELLI
26                                            Attorney for Antonio Jose Diaz-Rivera

27                                            ___/s/_____
                                              GAIL SHIFMAN
28                                            Attorney for Santos Cabrera-Arteaga

STIPULATION AND [PROPOSED] ORDER

___/s/_____
CLAIRE LEARY
Attorney for Javier Antonio Cabrera-Arteaga

___/s/_____
JEFFRY GLENN
Attorney for Fortunato Rodelo Lara

___/s/_____
PETER GOODMAN
Attorney for Luis Fernando Aguilar-Soto

___/s/_____
GARRICK LEW
Attorney for Jose Evaristo Rauda

___/s/_____
RANDY SUE POLLOCK
Attorney for Jesus Almendares-Vasquez

___/s/_____
BRENDAN HICKEY
Attorney for Marcos Antonio Flores

___/s/_____
H. ERNESTO CASTILLO
Attorney for Jose Tobar Galdamez

___/s/_____
DIANA WEISS
Attorney for Fatima Segovia

[PROPOSED] ORDER

Pursuant to the stipulation of the parties and for good cause shown, the motions dates currently set are vacated and continued to the following: Motions due by September 27, 2013. Oppositions due by October 11, 2013. Replies due by October 18, 2013. A motions hearing is set for October 30, 2013, at 2:30 p.m.

The Court finds that the time from and including August 30, 2013 (which was the date through which a prior time exclusion ran), through and including September 27, 2013, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), because the ends of justice served by such exclusion

STIPULATION AND [PROPOSED] ORDER

1  outweigh the best interest of the public and defendants in a speedy trial.  This finding is based upon the
2  unusual and complex nature of this case and need for the defendants and the government to have
3  reasonable time necessary for effective preparation and continuity of counsel, pursuant to 18 U.S.C. §
4  3161(h)(7)(B)(ii) and (iv).

6  Dated:   9/3/13



EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER