Linda Lye (CA SBN 215584)
llye@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street, 2nd Floor
San Francisco, California 94111
Telephone: 415-621-2493
Facsimile: 415-255-8437

ATTORNEYS FOR *AMICUS* AMERICAN CIVIL
LIBERTIES UNION OF NORTHERN CALIFORNIA

Ezekiel Edwards (eedwards@aclu.org)
Nathan Freed Wessler (nwessler@aclu.org)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: 212-549-2500
Facsimile: 212-549-2654

ATTORNEYS FOR *AMICUS*
AMERICAN CIVIL LIBERTIES UNION

Hanni M. Fakhoury (CA SBN 252629)
hanni@eff.org
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Telephone: 415-436-9333
Facsimile: 415-436-9993

ATTORNEYS FOR *AMICUS*
ELECTRONIC FRONTIER FOUNDATION

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>DIAZ-RIVERA, et al.,<br><br>Defendants. | CASE No.: 12-cr-00030-EMC/EDL<br><br>[PROPOSED] ORDER GRANTING LEAVE TO FILE BRIEF *AMICI CURIAE* |

*United States v. Diaz-Rivera, et al.*, Case No. 12-cr-00030-EMC/EDL
[Proposed] Order

## [PROPOSED] ORDER

Before the Court is the unopposed motion of the American Civil Liberties Union, the American Civil Liberties Union of Northern California, and the Electronic Frontier Foundation for leave to file an *amici curiae* brief in support of Defendants' Motion to Compel Discovery (ECF No. 226).

Upon consideration of the papers, and good cause appearing, it is hereby ORDERED that the motion for leave to file an *amici curiae* brief is GRANTED.

IT IS SO ORDERED.

Dated this 18th day of OCTOBER, 2013.

*Elizabeth D. Laporte*

United States District Judge

*United States v. Diaz-Rivera, et al.*, Case No. 12-cr-00030-EMC/EDL
[Proposed] Order