MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

S. WAQAR HASIB (CABN 234818)
ALEXANDRA P. SUMMER (CABN 266485)
Assistant United States Attorneys
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-6982
    waqar.hasib@usdoj.gov
    alexandra.summer@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR 12-00030 EMC-(EDL)-7 |
| Plaintiff, | ) SECOND STIPULATION AND [PROPOSED] ORDER ENLARGING TIME FOR OPPOSITION AND REPLY BRIEFS TO BE FILED |
| v. | |
| FORTUNATO RODELO-LARA | |
| Defendant. | |

      Defendant Fortunato RODELO-LARA currently has a motion pending before the Honorable United States Magistrate Judge Elizabeth D. Laporte in the above-referenced matter. The Court originally ordered the United States to file its opposition to this motion by October 18, 2013. (Docket No. 243). The parties were subsequently advised by attorneys for the American Civil Liberties Union ("ACLU") that the ACLU intended to file an amicus brief in support of the defendant's motion on October 15, 2013. On October 14, 2013, in anticipation of the ACLU's amicus brief being filed, the parties jointly stipulated and moved this Court for an order enlarging the time for opposition and reply briefs to be filed. (Docket No. 246). This Court granted that order on October 15, 2013. (Docket No. 247). Subsequently, the ACLU filed a motion for leave to file its amicus brief (Docket No. 249), and

STIPULATION AND [PROPOSED] ORDER

has provided counsel for the United States with a copy of the brief itself.

Counsel for the United States represents that attorneys at the Department of Justice headquarters in Washington, D.C., have since been advised about this litigation, and that an additional two weeks is necessary to coordinate with them and prepare a response, particularly with respect to some of the issues raised regarding the National Security Agency and Drug Enforcement Administration's Special Operations Division. Counsel for the United States has conferred with counsel for the defendant about this second extension; the parties agree and stipulate that a second order enlarging time is appropriate, and request the following revised schedule: the United States will file its opposition brief by November 12, 2013; the defendant will file any reply brief by November 26, 2013. A motions hearing will then be scheduled at the Court's convenience any date after December 2, 2013 (with the exception of December 12, 2013, when counsel will be unavailable).

One previous time modification, discussed above, has been issued by this Court with respect to this motion. Civil L.R. 6-2(a)(2). Other than rescheduling the hearing on the defendant's motion, the requested time modification is not anticipated to have any other significant effect on the schedule for the case. Civil L.R. 6.2(a)(3).

DATED: October 21, 2013                     Respectfully submitted,

                                            MELINDA HAAG
                                            United States Attorney

                                            /s/ S. Waqar Hasib
                                            S. WAQAR HASIB
                                            ALEXA SUMMER
                                            Assistant United States Attorneys

                                            /s/ Jeffry Glenn
                                            JEFFRY GLENN
                                            Attorney for Fortunato RODELO-LARA

STIPULATION AND [PROPOSED] ORDER

[~~PROPOSED~~] ORDER

Pursuant to stipulation of the parties and for good cause shown, it is HEREBY ORDERED that the United States will file its opposition to the defendant's motion by November 12, 2013; the defendant will file any reply by November 26, 2013. A motions hearing will then be scheduled at the Court's convenience for a date after December 2, 2013 (with the exception of December 12, 2013, when counsel will be unavailable). Motion hearing set for December 11, 2013 at 11:00 am.

Dated: 10/22/13

HONORABLE ELIZABETH D. LAPORTE
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER