1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  S. WAQAR HASIB (CABN 234818)
   ALEXANDRA P. SUMMER (CABN 266485)
5  Assistant United States Attorneys
           450 Golden Gate Avenue, Box 36055
6          San Francisco, California 94102-3495
           Telephone: (415) 436-7200
7          FAX: (415) 436-6982
           waqar.hasib@usdoj.gov
8          alexandra.summer@usdoj.gov

9  Attorneys for United States of America

10
                           UNITED STATES DISTRICT COURT
11
                          NORTHERN DISTRICT OF CALIFORNIA
12
                                 SAN FRANCISCO DIVISION
13

14  UNITED STATES OF AMERICA,           )  NO. CR 12-0030-EMC
                                        )
15         Plaintiff,                   )  [PROPOSED] ORDER EXCLUDING TIME FROM
                                        )  DECEMBER 18, 2013, TO FEBRUARY 19, 2014
16     v.                               )
                                        )
17  ANTONIO JOSE DIAZ-RIVERA, a/k/a     )
           Jose Angel MONROY, a/k/a Magico, )
18         a/k/a Miguel,                )
    et. al,                             )
19                                      )
                                        )
20         Defendants.                  )
                                        )
21

22         The remaining defendants in the above-referenced matter appeared before this Court for a status

23  conference on December 18, 2013, along with their attorneys and attorneys for the United States. The

24  parties represented that a hearing had been held on a motion to compel discovery, and that the motion

25  was pending resolution. The defendants also represented that further discovery motions may be filed.

26  The Court ordered the defendants to file any such motions by January 15, 2014, and ordered the United

27  States to respond by January 29, 2014, with any replies to be filed by February 5, 2014. The Court

28  scheduled a motions hearing and further status conference for February 19, 2014. The parties agreed

ORDER EXLUDING TIME
Case No. CR 12-0030-EMC

1  that all time from December 18, 2013, until February 19, 2014, should be excluded for purposes of the
2  Speedy Trial Act, on the grounds that defendants needed time to conduct due diligence and effectively
3  prepare, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and also on the grounds that the Court had
4  previously deemed this case a complex one, within the meaning of 18 U.S.C. § 3161(h)(7)(A) and
5  (B)(ii).

6  Based upon the representation of counsel and for good cause shown, the Court finds that failing
7  to exclude the time between December 18, 2013, and February 19, 2014, would unreasonably deny the
8  defendant continuity of counsel and would deny counsel the reasonable time necessary for effective
9  preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The
10 Court also finds that this case is unusual and complex, within the meaning of 18 U.S.C.
11 § 3161(h)(7)(B)(ii). The Court further finds that the ends of justice served by excluding the time
12 between December 18, 2013, and February 19, 2014, from computation under the Speedy Trial Act
13 outweigh the best interests of the public and the defendant in a speedy trial. Therefore, IT IS HEREBY
14 ORDERED that the time between December 18, 2013, and February 19, 2014, shall be excluded from
15 computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(ii) and (B)(iv).

18 DATED: _____1/3/14_____                                    _____
19                                                             M. CHEN
                                                               District Judge



ORDER EXLUDING TIME
Case No. CR 12-0030-EMC