UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>FORTUNATO RODELO-LARA, *et al.*,<br><br>    Defendants.<br>_____/ | No. CR-12-0030 EMC<br><br>**ORDER RE SPECIAL AGENT NEHRING'S ANTICIPATED TRIAL TESTIMONY** |

The Court has reviewed the Government's supplemental notice of anticipated expert testimony of DEA Special Agent Nehring, Docket No. 455, Defendants' objections to that testimony, Docket No. 464, and the Government's and Defendants' supplemental briefs requested by the Court on October 23. Docket Nos. 469, 470.

The Court is satisfied that Agent Nehring is sufficiently qualified to testify regarding "commonly used drug jargon based solely on [his] training and experience" as a drug enforcement agent who has previously investigated drug offenses. *See United States v. Vera*, -- F.3d --, 2014 WL 5352727 at *7 (9th Cir. Oct. 22, 2014) (citations omitted); *see also* Docket No. 455 (describing Agent Nehring's relevant training and experience). The Court is also satisfied by the Government's concession that it has complied with this Court's Final Pretrial Conference Order, and has disclosed the complete universe of terms Agent Nehring intends to opine on at trial. *See* Docket No. 469 at 2.

///

///

///

Special Agent Nehring will be permitted to testify at trial. The Court grants this permission without prejudice to the Defendants' rights to elicit testimony regarding whether certain terms Agent Nehring intends to "decode" are, in fact, "commonly used drug jargon" for which the foundation described in the supplemental notice is laid, along with any other permissible topics of cross-examination.

IT IS SO ORDERED.

Dated: October 24, 2014

_____
EDWARD M. CHEN
United States District Judge